STATE v. CALHOUN

No. 123P00

Case below: 136 N.C.App. 668

Petition by defendant pro se for a writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 June 2000.

STATE v. CATES

No. 204P00

Case below: 137 N.C.App. 385

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 June 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STATE v. CORRAL

No. 19P00

Case below: 135 N.C.App. 790

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STATE v. ELLIS

No. 359P99-2

Case below: 130 N.C.App. 596

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 June 2000.

STATE v. FERRELL

No. 90P00

Case below: 136 N.C.App. 668

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 June 2000. Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.